812 A.2d 1106

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. KEVIN SISLER, DEFENDANT–RESPONDENT.

November 15, 2002.

Leave to appeal is granted.

812 A.2d 1106

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. BRUCE NEIL, DEFENDANT–APPELLANT.

November 21, 2002.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

Chief Justice PORITZ and Justices COLEMAN, VERNIERO, LaVECCHIA and ZAZZALI join in this decision.

Justices LONG and ALBIN dissent from the Order and would dispose of the appeal on the merits.